

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2015, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated December 15, 2015, it is ordered that these causes be transferred to the Eighth Court of Appeals, El Paso, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Eighth Court of Appeals.

| | |
|---|---|
| 09-15-493-CR | Brandon Lee Jenkins v. State of Texas |
| 09-15-494-CV | Terry Wayne Chilton v. Rex McCorquodale, et al |
| 09-15-495-CV | Thomas L. Stewart v. Elector Jane Stewart |
| 09-15-503-CR | Anthony Joe Bendy v. State of Texas |
| 09-15-504-CR | Keenan Anderson v. State of Texas |
| 09-15-505-CR | Kerry Wayne Lynch v. State of Texas |
| 09-15-506-CR | Ronald Eugene Reynolds v. State of Texas |
| 09-15-507-CR | Ronald Eugene Reynolds v. State of Texas |
| 09-15-508-CR | Ronald Eugene Reynolds v. State of Texas |
| 09-15-509-CR | Ronald Eugene Reynolds v. State of Texas |
| 09-15-510-CR | Ronald Eugene Reynolds v. State of Texas |
| 09-15-514-CV | Steve Caldwell v. Roy N. Etie Jr., et al |
| 09-15-515-CV | Nicholas J. Bonacci v. Myriam Soraya Barragan, et al |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Eighth District of Texas at El Paso as appears of record in Minute Book Volume 20."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 22nd of December 2015.

_____
Carol Anne Harley
Clerk of the Court